

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARY SEAWOOD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:10-CV-962-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

On August 31, 2011, United States Magistrate Judge Jeffrey Cureton issued his proposed findings and conclusions and his recommendation ("FC&R") in the above-captioned action. His recommendation is that the decisions of defendant, Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), that (1) the Social Security Administration ("SSA") overpaid plaintiff, Mary Seawood, $21,264.50 in disability insurance benefits for the period from May 1992 through July 2001; (2) plaintiff was "not without fault" in causing or accepting the overpayment; and (3) the recovery of the overpayment cannot be waived, be affirmed. Judge Cureton fixed a deadline for service and filing of objections to the FC&R. Plaintiff timely filed objections, and Commissioner responded to those objections. After having reviewed the FC&R, the record,

plaintiff's objections, Commissioner's response, and applicable legal authorities, the court has decided to adopt Judge Cureton's proposed findings and conclusions and to accept his recommendation. Therefore,

The court ORDERS that the decisions of Commissioner described above be, and are hereby, affirmed.

SIGNED September 26, 2011.

JOHN McBRYDE
United States District Judge